IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RHONDA POWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL NO. 10-379-GPM |
| | ) |
| CHARLES E. BONIFIELD, JR., | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Stephen C. Williams (Doc. 54), recommending that this Court grant Defendant's motion for leave to file a supplemental bill of costs (Doc. 48) and grant in part and deny in part Defendant's bill of costs (Doc. 46). The Report and Recommendation was entered on October 3, 2012. No objections, much less any timely objections, have been filed.

Where neither timely nor specific objections to the Report and Recommendation are made, pursuant to 28 U.S.C. § 636(b), this Court need not conduct a *de novo* review of the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140 (1985). The Court has reviewed the Report and Recommendation for clear error and finds none. *See Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court **ADOPTS** Magistrate Judge Williams's Report and Recommendation, **GRANTS** Defendant's motion for leave to file a supplemental bill of costs (Doc. 48), and **GRANTS IN PART and DENIES IN PART** Defendant's bill of costs (Doc. 46). Plaintiff Rhonda Powell is **ORDERED** to pay Defendant's costs in the amount of **$2,408.65**.

**IT IS SO ORDERED.**

DATED: December 3, 2012

                                              s/ *G. Patrick Murphy*
                                              G. PATRICK MURPHY
                                              United States District Judge